UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MARK A. PINEDA AND MARIA L. PINEDA,<br><br>　　　　　　Defendants. | Case No.: C 12-02814 PSG<br><br>**ORDER REFERRING CASE TO U.S. DISTRICT JUDGE PHYLLIS J. HAMILTON FOR RELATED CASE CONSIDERATION** |

　　　It has come to the court's attention that the above-captioned action may be related to another action previously pending in the Northern District of California, Oakland Division. *See* CIVIL L.R. 3-12(c). Therefore,

　　　This action is HEREBY REFERRED to U.S. District Judge Phyllis J. Hamilton with a request that she consider whether the above-captioned action is related to the following action:

　　　*Wells Fargo Bank, NA v. Mark A. Pineda, et al.,* Case No. 12-0433 PJH

Dated: 6/11/2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 12-2814 PSG
ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 12-2814 PSG
ORDER